NOTE: CHANGES MADE BY THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AFROUZ NIKMANESH, ELVIS ATENCIO, ANNA NGUYEN, AND EFFIE SPENTZOS on behalf of themselves, the general public, and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>WAL-MART STORES, INC., a Delaware corporation, and WAL-MART ASSOCIATES, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Civil Action No.<br>8:15-cv-00202-AG-JCG<br><br>Hon. Andrew J. Guilford<br><br>**ORDER EXTENDING DATES BY 60 DAYS TO CONDUCT MEDIATION AND TIMELY PROCEED WITH DISCOVERY** |

The parties having jointly stipulated, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The parties complete mediation before July 1, 2016 (that is, prior to the proposed new extended deadline for Plaintiffs to file their Rule 23 Class Certification Motion).

2. Regarding Plaintiffs' Motion for Class Certification pursuant to Federal Rule of Civil Procedure 23, pertaining to California-only opt-out class claims (the "Rule 23 Class Certification Motion"):

    a. Plaintiffs shall file their Rule 23 Class Certification Motion on or before Friday, June 1, 2016 (extended from Friday, April 1, 2016).

    b. Defendants shall file their Opposition to the Rule 23 Class Certification Motion within 35 days of the date that Plaintiffs file their Rule 23 Class Certification Motion—that is, on or before Friday, July 6, 2016.

    c. Plaintiffs shall file their Reply in support of the Rule 23 Class Certification Motion within 14 days of the date that Defendants file their Opposition to the Rule 23 Class Certification Motion—that is, on or before Friday, July 20, 2016.

    d. Plaintiffs' Rule 23 Class Certification Motion shall be heard on August 8, 2016 at 10:00 AM

3. Other dates also extended by 60 days include:

    a. The Discovery Cut-off date shall be extended to Tuesday, October 3, 2016.

    b. Any Motions for Summary Judgment shall be filed on or before Tuesday, October 3, 2016. Identical to the schedules proposed in item 1 above regarding Plaintiffs' motion for certification,

|   |   |
|---|---|
|   | Plaintiffs will have 35 days to file an opposition, Defendants will have 14 days to file their reply, and the hearing will be on or after 14 days from the date Defendants files its Reply. |
| c. | Any Motion to Decertify the FLSA Collective Action and/or Rule 23 Class Action (if applicable – and such motions may be filed separately) shall be filed on or before Tuesday, October 3, 2016.  Identical to the schedules proposed in items 1 and 2 above regarding Plaintiffs' motions for certification, Plaintiffs will have 35 days to file an Opposition, Defendants will have 14 days to file their Reply, and the hearing will be on or after 14 days from the date Defendants files their Reply. |
| d. | Trial is continued from January 10, 2017 to March 7, 2017 at 9:00 a.m.  The Pretrial Conference is continued from December 19, 2016 to February 13, 2017 at 8:30 a.m. |

This is the second request for continuance of the dates in this case. **NO FURTHER CONTINUANCES WILL BE GRANTED WITHOUT AN <u>EXTRAORDINARY</u> SHOWING OF GOOD CAUSE AND IT MUST BE BY NOTICED MOTION.**

**IT IS SO ORDERED.**

DATED:  February 19, 2016                              _____

Hon. Andrew J. Guilford