# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACV 15-0202-AG(JCGx) |
| Date | March 20, 2017 |
| Title | AFROUZ NIKMANESH v WAL-MART STORES, INC, ET AL |

Present: The Honorable    ANDREW J. GUILFORD, U.S. District Judge

| Dwayne Roberts | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eric Epstein | Robert Herrington |

**Proceedings:** DEFENDANTS WAL-MART STORES, INC AND WAL-MART ASSOCIATES, INC'S MOTION TO DETERMINE VIABILITY OF PLAINTIFFS' REST BREAK CLAIMS UNDER PAGA AND IN THE ALTERNATIVE FOR A TRIAL PLAN [DKT 188]

Tentative Ruling Provided. Cause is called for hearing and counsel make their appearances. Matter is argued and taken under submission.

                                                                                                                                           :    18

                                                               Initials of Preparer    dr