# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| AFROUZ NIKMANESH, ELVIS ATENCIO, ANNA NGUYEN, and EFFIE SPENTZOS, on behalf of themselves, the general public, and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation and WAL-MART ASSOCIATES, INC., a Delaware corporation and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 8:15-CV-00202-AG-JCG<br><br>**FINAL ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>[Filed Concurrently With Stipulation]<br><br>DEPT:  10D<br>JUDGE:  Andrew J. Guilford |

The Court, having considered the parties' Stipulation of Dismissal, and finding the Stipulation is supported by good cause, hereby orders that:

1. All claims in the Lawsuit other than: (a) the claims that were previously dismissed by the Training Course Settlement (Dkt. No. 196); (b) the claims that were summarily adjudicated by the Court's prior Summary Judgment Order (Dkt. No. 198), and (c) the PAGA claims previously dismissed by the Court (Dkt. No. 200), are hereby dismissed with prejudice, with each side to bear its own costs, expenses and attorneys' fees, except as may be otherwise provided by the Parties.

2. Nothing contained herein shall preclude Plaintiff Afrouz Nikmanesh from pursuing an appeal of the Court's Summary Judgment Order (Dkt. No. 198), provided that such appeal is filed within the time permitted by the Federal Rules of Appellate Procedure. Defendants retain any and all defenses to any such appeal. No other appeal shall be taken by Plaintiffs.

3. The Court retains jurisdiction to enforce the terms of the Individual Settlements.

IT IS SO ORDERED.

Dated: March 30, 2018

Honorable Andrew Guilford
United States District Court Judge

[PROPOSED] ORDER
LA 133574508v4