UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. SACV15-00202-JGB(JCGx) | Date February 24, 2020 |
| Title Afrouz Nikmanesh v. Wal-Mart Stores, Inc. et al | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Phyllis A. Preston |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Dayton B. Parcells, III | Robert M. Goldich |

**Proceedings:**   STATUS CONFERENCE RE REMAND

Counsel make their appearances. The Court and counsel confer. The Court orders counsel to submit a stipulation and proposed order with dates for the court to approve.

IT IS SO ORDERED.