# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFROUZ NIKMANESH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation and WAL-MART ASSOCIATES, INC., a Delaware corporation and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.  8:15-cv-00202-JGB-JCG<br><br>**SCHEDULING ORDER** |

The Court, having reviewed the pleadings and the parties' stipulation and requested dates, now ORDERS as follows:

1.　A pretrial conference will be held on Monday, August 24, 2020 at 11:00 a.m.; and

2.　This case is set for a jury trial on Tuesday, September 8, 2020 at 9:00 a.m.

IT IS SO ORDERED.

DATED: April 9, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE