# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | SACV15-00202-JGB(JCGx) | Date | August 24, 2021 |
| Title: | *Afrouz Nikmanesh V. Wal-Mart Stores, Inc., et al* | | |

| Present: The Honorable | JESUS G. BERNAL, U.S. DISTRICT JUDGE |
|---|---|
| Maynor Galvez/Donnisha Brown | Katie Thibodaux |
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dayton B. Parcells, III | Cheryl Johnson-Hartwell |
| Eric Epstein | Susan E. Coleman |

\_\_\_ Day Court Trial      1ST Day Jury Trial

\_\_\_ One day trial:   **X** Begun (1st day);   **X** Held & Continued;   \_\_\_ Completed by jury verdict/submitted to court.

**X**   The Jury is impaneled and sworn.

**X**   Opening statements made by      both sides

\_\_\_   Witnesses called, sworn and testified.   \_\_\_ Exhibits Identified   \_\_\_ Exhibits admitted.

\_\_\_   Plaintiff(s) rest.   \_\_\_ Defendant(s) rest.

\_\_\_   Closing arguments made by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).   \_\_\_ Court instructs jury.

\_\_\_   Bailiff(s) sworn.   \_\_\_ Jury retires to deliberate.   \_\_\_ Jury resumes deliberations.

\_\_\_   Jury Verdict in favor of   \_\_\_ plaintiff(s)   \_\_\_ defendant(s) is read and filed.

\_\_\_   Jury polled.   \_\_\_ Polling waived.

\_\_\_   Filed Witness & Exhibit Lists   \_\_\_ Filed jury notes.   \_\_\_ Filed jury instructions.

\_\_\_   Judgment by Court for _____ \_\_\_ plaintiff(s)   \_\_\_ defendant(s).

\_\_\_   Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).

\_\_\_   Case submitted.   Briefs to be filed by _____

\_\_\_   Motion to dismiss by _____ is   \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.

\_\_\_   Motion for mistrial by _____ is   \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.

\_\_\_   Motion for Judgment/Directed Verdict by _____ is   \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.

\_\_\_   Settlement reached and placed on the record.

\_\_\_   Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_   Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

\_\_\_   Trial subpoenaed documents returned to subpoenaing party.

**X**   Case continued to   August 25, 2021, at 9:00 a.m.,   for further trial/further jury deliberation.

\_\_\_   Other:

                                                                        5 : 00
                                              Initials of Deputy Clerk   MG

cc: