```
Eric M. Epstein, State Bar No. 64055
ERIC M. EPSTEIN, APC
1901 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-6002
Telephone: (310) 552-5366
Email:     emepstein@aol.com

Dayton B. Parcells III, State Bar No. 127495
PARCELLS LAW FIRM
1901 Avenue of the Stars, 11th Floor
Los Angeles, California 90067
Telephone: (310) 201-9882
Facsimile: (310) 201-9855
Email:     dbparcells@parcellslaw.com
```

Attorneys for Plaintiff,
AFROUZ NIKMANESH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFROUZ NIKMANESH, | Case No.: 8:15-cv-00202-JGB-JCG |
| Plaintiff, | **NOTICE OF LODGING OF PROPOSED JUDGMENT** |
| v. | Judge:     Hon. Jesus G. Bernal |
| WAL-MART STORES, INC., a Delaware corporation and WAL-MART ASSOCIATES, INC., a Delaware corporation and DOES 1 through 10, inclusive, | Courtroom: 1 |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

In accordance with the Court's September 3, 2021 instructions, notice is hereby provided that Plaintiff Afrouz Nikmanesh has lodged with the Court the proposed judgment in this matter, a copy of which is attached to this notice.

DATED: September 16, 2021          ERIC M. EPSTEIN, APC
                                   PARCELLS LAW FIRM

                                   *s/ Dayton B. Parcells III*
                                   Dayton B. Parcells III
                                   Attorneys for Plaintiff,
                                   AFROUZ NIKMANESH

-1–
**NOTICE OF LODGING OF PROPOSED JUDGMENT**


...

**PROOF OF SERVICE**

I hereby certify and declare under penalty of perjury under the laws of the United States that the following is true and correct.

1. I am over the age of 18 years and not a party to the within cause. My business address is 1901 Avenue of the Stars, 11th Floor, Los Angeles, California 90067.

2. On September 16, 2021, I electronically filed the foregoing **NOTICE OF LODGING OF PROPOSED JUDGMENT** with the Clerk of the Court for the United States District Court for the Central District of California by using the Court's CM/ECF system.

3. All participants in the case are registered CM/ECF users and service will be accomplished by the Court's CM/ECF system.

Executed on this 16th of September, 2021, at Los Angeles, California.

*s/ Dayton B. Parcells III*
Dayton B. Parcells III