Cheryl Johnson-Hartwell (SBN 221063)
E-mail: cjohnson-hartwell@bwslaw.com
Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Susan V. Arduengo (SBN 293946)
E-mail: sarduengo@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600     Fax: 213.236.2700

Attorneys for Defendants WALMART INC.
(formerly known as WAL-MART STORES, INC.)
and WAL-MART ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AFROUZ NIKMANESH,<br><br>            Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation, and WAL-MART ASSOCIATES, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>            Defendant. | Case No. 8:15-cv-00202- JGB-JCG<br><br>**Assigned to Hon. Jesus G. Bernal**<br><br>**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S [PROPOSED] JUDGMENT**<br><br><br>Trial: (Held)<br>Date: August 24, 2021<br>Time: 9:00 a.m. |

Defendants Walmart Inc. (formerly known as Wal-Mart Stores, Inc.) and

Wal-Mart Associates, Inc. (collectively "Defendants") object to Plaintiff Afrouz

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4851-3473-2795 v3
05360-0459

- 1 -

8:15-cv-00202- JGB-JCG
DEF'S OBJECTIONS TO PLTF.'S
[PROPOSED] JUDGEMENT

1    Nikmanesh's ("Plaintiff") Proposed Judgment on Jury Verdict [Doc.388-01].  By

2    submitting these objections to Plaintiff's Proposed Judgment, and by submitting its

3    own form of Proposed Judgment, Defendants do not waive any rights to object to

4    the judgment, including, but not limited to, filing any post-trial motions under

5    Rules 50 or 59 or any appeal from any judgment or other ruling in this case.

6         Defendants object to the <u>form</u> of Plaintiff's lengthy (8-page) Proposed

7    Judgment.  Plaintiff's Proposed Judgment purports to incorporate the Special

8    Verdicts, which are already filed and contained in the Court's docket.  [Doc 333,

9    334]  Restating the Special Verdicts in the Proposed Judgment is unnecessary.

10   [Doc. 338-1, pp. 2-3]  This entire discussion can thus be excised from the

11   Judgment.  [Doc. 338-1, p. 2, line 9 – p.7, line 27.]

12        Defendants also object to Plaintiff's attempt to add prejudgment interest and

13   attorneys' fees to the judgment.  The Court has already ruled that Plaintiff is not

14   entitled to attorneys' fees.  In its August 16, 2021 order, this Court <u>denied</u>

15   Plaintiff's motion for leave to amend her Second Amended Complaint to add a

16   prayer for attorneys' fees on her Eleventh Cause of Action. While that proposed

17   motion cited an amendment to California Labor Code Section 1102.5, effective

18   January 1, 2021, regarding attorneys' fees, the Court ruled that the amendment did

19   not apply retroactively.  Further, as a matter of discretion, this Court held that

20   "[e]ven if Plaintiff could show that the relevant amendments to Section 1102.5

21   apply retroactively, Plaintiff fails to show that leave to amend the SAC at this late

22   juncture is warranted."  [Doc. 309, p.5]  Relitigating this issue is improper and

23   unnecessary.

24        Defendants thus offer the following [Proposed] Judgment, again, without

25   waiver of their rights to object thereto:

26        "This action came on regularly for jury trial between August 24,
     2021 and September 3, 2021, in Courtroom 1 of the above entitled
27   court, the Honorable Jesus G. Bernal presiding.

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4851-3473-2795 v3
05360-0459

- 2 -

8:15-cv-00202- JGB-JCG
DEF'S OBJECTIONS TO PLTF.'S
[PROPOSED] JUDGEMENT

A jury was empaneled and sworn.  Witnesses were sworn and testified, and exhibits were admitted into evidence.  After hearing the evidence and arguments of counsel, the jury was instructed by the Court and the cause was submitted to the jury.  The jury deliberated and thereafter returned a verdict in favor of Plaintiff Afrouz Nikmanesh, finding damages in the amounts of $40,100.00 for past economic loss, $100,000.00 for past non-economic loss, $60,000.00 for future non-economic loss, and $27,300,000.00 for punitive damages.

IT IS ORDERED, ADJUDGED, AND DECREED that pursuant to the jury's Special Verdict, judgment in this action be entered in favor of Plaintiff and against Defendants Walmart Inc. (formerly known as Wal-Mart Stores, Inc.) and Wal-Mart Associates, Inc. as follows:

     1.    Damages are awarded to Plaintiff in the sum of $40,100.00 for past economic loss, $100,000.00 for past non-economic loss, $60,000.00 for future non-economic loss, and $27,300,000.00 for punitive damages.

     2.    Plaintiff may submit a Bill of Costs through a timely application pursuant to the Federal Rules of Civil Procedure and Central District Local Rules.

For these reasons, Defendants, without waiver, request their version of the [Proposed] Judgment be adopted.

Dated:    October 1, 2021        BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Susan V. Arduengo
Cheryl Johnson-Hartwell
Susan E. Coleman
Susan V. Arduengo
Attorneys for Defendants WALMART INC. (formerly known as WAL-MART STORES, INC.) and WAL-MART ASSOCIATES, INC.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4851-3473-2795 v3
05360-0459

- 3 -

8:15-cv-00202- JGB-JCG
DEF'S OBJECTIONS TO PLTF.'S
[PROPOSED] JUDGEMENT