UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION



FILED
CLERK, U.S. DISTRICT COURT
SEP 3 2021

JURY NOTE

JURY NOTE • NUMBER  4  [5]

Case No. SACV15-00202-JGB-(JCGx)

Title: Afrouz Nikmanesh v. Wal-Mart Stores, Inc., et al
==============================================================

☐ The Jury has reached a unanimous verdict.

☑ Other:  End time on 9/3/21  5:00 P.M.

Dated this  3rd  day of  September , 2021.

Time:  3 : 30 am/**pm**

Juror No. 3

Foreperson of the Jury

Court's Response: