JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFROUZ NIKMANESH,<br><br>            Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware corporation, and WAL-MART ASSOCIATES, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 8:15-cv-00202-JGB (JCGx)<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

# **JUDGMENT**

This action came regularly for trial on August 24, 2021 in Courtroom 1 of the United States District Court, Central District of California, Honorable Jesus G. Bernal presiding. Plaintiff Afrouz Nikmanesh was represented by attorneys Dayton B. Parcells III of Parcells Law Firm and Eric Epstein of Eric M. Epstein, APC. Defendants Wal-Mart Stores, Inc. and Wal-Mart Associates, Inc. were represented by Cheryl Johnson-Hartwell, Susan E. Coleman, and Susan V. Arduengo of Burke, Williams & Sorensen, LLP.

A jury was regularly empaneled and sworn. Witnesses were sworn and testified, and exhibits were admitted into evidence. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and thereafter returned a verdict.

Based upon that verdict, IT IS NOW THEREFORE ORDERED, ADJUDGED AND DECREED that final judgment in this action be entered as follows:

In favor of Plaintiff Afrouz Nikmanesh and against Defendants Walmart Inc. (formerly known as Wal-Mart Stores, Inc.) and Wal-Mart Associates, Inc. in the total sum of $27,500,100.00, representing: (1) $40,100.00 for past economic losses; (2) $100,000.00 for past non-economic losses; (3) $60,000.00 for future non-economic losses; and (4) $27,300,000.00 for punitive damages.

Plaintiff Afrouz Nikmanesh may apply to the Court for an award of costs as permitted to the Federal Rules of Civil Procedure and Central District Local Rules.

**IT IS SO ORDERED.**

Dated: October 20, 2021

Honorable Jesus G. Bernal
United States District Judge